April 22, 2024

**Janice S. Agresti**
Direct Phone   212-453-3978
Direct Fax       646-588-1558
jagresti@cozen.com

**VIA ECF**

The Honorable Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:      **Walfish v. Hebrew Academy of the Five Towns and Rockaway**
         **Case No. 2:22-cv-03596 (EDNY)**

Dear Judge Dunst:

Our firm represents the Defendant in the above-referenced action. We write with Plaintiff's consent to respectfully request that the Court enter the parties' stipulated dismissal document, previously attached as Exhibit A to the parties' negotiated settlement agreement and release of FLSA claims. (*see* ECF No. 29-1, p. 6.) That document is attached herein for the Court's convenience.

Thank you very much for your consideration.

Sincerely,

COZEN O'CONNOR
Attorneys for Defendant

By:      */s/ Janice Sued Agresti*
         By: Janice Sued Agresti (5733506)
         3 WTC, 175 Greenwich Street
         55th Floor
         New York, NY 10007
         Phone: 212-453-3978
         Fax: 646-588-1558
         jagresti@cozen.com